**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> LUPIN INC., LUPIN PHARMACEUTICALS, INC., and TEVA PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 21-14271 (SRC)(JSA) <br> Civil Action No. 22-2773 (SRC)(JSA) <br> Civil Action No. 23-329 (SRC)(JSA) <br> Civil Action No. 23-1617 (SRC)(JSA) <br> Civil Action No. 24-8785 (SRC)(JSA) <br> Civil Action No. 24-8786 (SRC)(JSA) <br> (CONSOLIDATED) <br><br> (Filed Electronically) |

## CONSOLIDATION AND SCHEDULING ORDER

WHEREAS, Plaintiff Jazz Pharmaceuticals Ireland Limited ("Jazz") filed Civil Action No. 21-14271 in this Judicial District against Defendants Lupin Ltd., Lupin Inc., and Lupin Pharmaceuticals, Inc. (Lupin Inc. and Lupin Pharmaceuticals, Inc. are together, "Lupin") on July 28, 2021;

WHEREAS, the Court dismissed Lupin Ltd. from Civil Action No. 21-14271 on March 16, 2022 (D.I. 40);

WHEREAS, the Court consolidated Civil Action No. 21-14271 with (1) related Civil Action No. 22-2773 on June 22, 2022, (2) related Civil Action No. 23-329 on February 15, 2023, and (3) related Civil Action No. 23-1617 that Jazz filed in this Judicial District against Defendant Teva Pharmaceuticals, Inc. ("Teva") on December 15, 2023 (*see* Civil Action No. 21-14271, D.I. 47, 81, & 116);

WHEREAS, Jazz filed Civil Action No. 24-8785 in this Judicial District against Defendant Teva on August 27, 2024 alleging infringement of U.S. Patent No. 11,986,446 ("the '446 patent");

WHEREAS, Jazz filed Civil Action No. 24-8786 in this Judicial District against Defendant Lupin on August 27, 2024 alleging infringement of the '446 patent;

WHEREAS, Jazz, Lupin, and Teva conferred and agree, subject to the Court's approval, that Civil Action Nos. 21-14271, 24-8785, and 24-8786 should be consolidated for all purposes;

WHEREAS, Jazz, Lupin, and Teva also conferred and agree, subject to the Court's approval, that no new contentions, *Markman* proceedings, or fact discovery will be necessary regarding the '446 patent. Further, the parties agree that when the stay of expert discovery is lifted in Civil Action No. 21-14271, the parties will not argue that any expert report relating to the '446 patent exceeds the scope of the parties' contentions so long as the content of the expert reports concerning the '446 patent are within the scope of the parties' contentions exchanged for U.S. Patent Nos. 8,772,306, 9,050,302, 9,486,426, 10,213,400, 10,864,181, and 11,253,494 which are among the current patents-in-suit in Civil Action No. 21-14271;

IT IS on this _2nd_ day of ___December_____, 2024, for good cause shown,

ORDERED that Civil Action Nos. 21-14271, 24-8785, and 24-8786 (the "Consolidated Actions") are consolidated for all purposes, including discovery, case management, and trial, subject to further order of the Court;

IT IS FURTHER ORDERED that there will be no new contentions, *Markman* proceedings, or fact discovery regarding the '446 patent in the Consolidated Actions;

IT IS FURTHER ORDERED that all filings in the Consolidated Actions shall use the above caption on this Order;

IT IS FURTHER ORDERED that all filings going forward shall be filed in Civil Action No. 21-14271, and that Civil Action Nos. 24-8785 and 24-8786 shall be terminated by the Clerk's office for administrative purposes only; and

2

IT IS FURTHER ORDERED that the Consolidated Actions shall proceed on the schedule

for Civil Action No. 21-14271 (D.I. 116), as modified by the Court's stay order (D.I. 183).


SO STIPULATED:

Dated:  November 26, 2024

s/ Charles M. Lizza

Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Jazz Pharmaceuticals Ireland Ltd.*

s/ James S. Richter

James S. Richter
MIDLIGE RICHTER LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
jrichter@midlige-richter.com

*Attorneys for Defendants*
*Lupin Inc. and Lupin Pharmaceuticals, Inc.*

s/ Liza M. Walsh

Liza M. Walsh
Christine I. Gannon
Gerhard W. Buehning
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
lwalsh@walsh.law

*Attorneys for Defendant*
*Teva Pharmaceuticals, Inc.*


SO ORDERED:

s/Jessica S. Allen

Hon. Jessica S. Allen, U.S.M.J.